Neil Pi Berman  (SBN 246637)
nberman@rolmlaw.com
RUCKA, O'BOYLE, LOMBARDO & McKENNA
245 West Laurel Drive
Salinas, California  93906
Phone:  (831) 227-2816  /  Fax:  (831) 443-6419

Attorneys for Plaintiff
ANGELA SUSTAETA

Neda N. Dal Cielo (SBN 161982)
Neda.DalCielo@jacksonlewis.com
JACKSON LEWIS P.C.
177 Park Avenue, Suite 200
San Jose, California  95115
Phone:  (669) 256-5342

Elisabeth F. Whittemore (SBN 308436)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, California  92618
Telephone:   (949) 885-1360
Facsimile:    (949) 885-1380
Email:        elisabeth.whittemore@jacksonlewis.com

Attorneys for Defendants
FOUNDATION PARTNERS GROUP, LLC
(erroneously sued as LWE-FOUNDATION
PARTNERS GROUP); FPG CALIFORNIA, INC.
dba MISSION MEMORIAL PARK AND
SEASIDE FUNERAL HOME (erroneously sued as
MISSION MEMORIAL PARK AND SEASIDE
FUNERAL HOME)

# UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SUSTAETA, | CASE NO.: 3:19-cv-01158-RS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE MEDIATION DEADLINE** |
| vs. | |
| LWE-FOUNDATION PARTNERS GROUP; MISSION MEMORIAL PARK AND SEASIDE FUNERAL HOME; and Does One through Fifty, | **Mediation:        9/4/2019**<br>**Further CMC:    7/23/2020**<br>**Pre-Trial Conf.:  1/27/2021**<br>**Trial:              2/08/2021** |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff ANGELA SUSTAETA ("Plaintiff") and Defendants FOUNDATION PARTNERS GROUP, LLC (erroneously sued as LWE-FOUNDATION PARTNERS GROUP); FPG CALIFORNIA, INC. dba MISSION MEMORIAL PARK AND SEASIDE FUNERAL HOME (erroneously sued asMISSION MEMORIAL PARK AND SEASIDE FUNERAL HOME) ("Defendants") (collectively hereinafter the "Parties"), through their undersigned counsel, do hereby stipulate and agree as follows:

WHEREAS Plaintiff filed this employment action against Defendants on November 1, 2018;

WHEREAS this matter was removed to the above-referenced Court on March 1, 2019;

WHEREAS the Court, in its June 6, 2019, Case Management Scheduling Order, ordered the Parties to participate in mediation and scheduled the Case Management Conference for July 23, 2020 and the Final Pre-Trial Conference for January 27, 2021;

WHEREAS the trial in this matter is set to be heard on February 8, 2021;

WHEREAS the Court, in its June 25, 2019, Order appointed Katie J. Zoglin as Mediator;

WHEREAS the Court, on August 21, 2019, set the mediation for September 4, 2019, at 1:30 p.m.;

WHEREAS Defendants' lead trial counsel, Neda N. Dal Cielo, recently moved from Littler Mendelson P.C. to Jackson Lewis P.C.  During the transition, lead trial counsel did not, and still does not, have access to the case file for the instant matter. Additional time is necessary for lead trial counsel to review the case file and sufficiently prepare for a meaningful mediation;

WHEREAS the representative for Defendants resides on the east coast (Florida) and is unable to travel to the September 4, 2019, mediation due to inclement weather;

/ / /

WHEREAS the Parties and Mediator tentatively agreed to reschedule the mediation to the mutually convenient date of September 17, 2019, pending conference room availability at the courthouse;

WHEREAS the Parties agree that if they are unable to proceed with the September 17, 2019, tentative date, the mediation will be set not later than 30-days after the original mediation date, October 4, 2019;

WHEREAS the Parties have not previously requested a continuance of a mediation as requested herein;

WHEREAS none the Parties will be prejudiced by the brief continuance of the mediation;

WHEREAS the requested date modification will not delay the progress of the litigation since the mediation would be nonetheless conducted before the July 23, 2020, Case Management Conference; and

WHEREAS good cause exists to issue the requested mediation continuance because Defendants' lead trial counsel will not be able to adequately prepare for a meaningful mediation until she has access of the case file. Further, Defendants' representative is unable to travel from the east coast due to inclement weather.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

It is HEREBY STIPULATED that the mediation deadline will be continued from September 4, 2019, to September 17, 2019.  Alternatively, the mediation will be held not later than 30-days from the original mediation date, October 4, 2019.


Dated:  August 30, 2019                     RUCKA, O'BOYLE, LOMBARDO & McKENNA

                                 By:    */s/ Neil Pi Berman*
                                        Neil Pi Berman
                                        Attorneys for Plaintiff
                                        ANGELA SUSTAETA


Dated:  August 30, 2019                     JACKSON LEWIS P.C.

                                 By:    */s/ Neda N. Dal Cielo*
                                         Neda N. Dal Cielo
                                         Elisabeth F. Whittemore
                                         Attorneys for Defendants
                                         FOUNDATION PARTNERS GROUP, LLC (erroneously sued as LWE-FOUNDATIONPARTNERS GROUP); FPG CALIFORNIA, INC. dba MISSION MEMORIAL PARK AND SEASIDE FUNERAL HOME (erroneously sued as MISSION MEMORIAL PARK AND SEASIDE  FUNERAL HOME)

## **ORDER**

GOOD CAUSE appearing therefore and the parties having stipulated thereto, **IT IS HEREBY ORDERED THAT**:  The deadline for the parties to conduct mediation is ~~tended to~~ continued to _____ October 4, 2019 _____.

Dated:  _ August 30, 2019 _____

_____
HONORABLE RICHARD SEEBORG
JUDGE OF THE UNITED STATES DISTRICT
COURT

4833-2846-9411, v. 2