1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 ANGELA SUSTAETA,

Plaintiff,

Case No. 19-cv-01158-RS

v.

**STANDBY ORDER OF DISMISSAL**

FOUNDATION PARTNERS GROUP, LLC, et al.,

Defendants.

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 12, 2019**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 19, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: November 4, 2019

_____
Richard Seeborg
United States District Judge